# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROY D. MORAGA,

    Petitioner,

vs.

E. K. McDANIEL, *et al.*,

    Respondents.

3:03-cv-0220-LRH-RAM

**ORDER**

    On September 13, 2007, petitioner filed a motion to reopen this action. Respondents have filed a motion for an enlargement of time to oppose petitioner's motion to reopen. (Docket #63). Respondents seek a 14-day enlargement of time, up to and including October 15, 2007, in which to file an opposition. Having reviewed the motion and good cause appearing, respondents' motion is granted.

    **IT IS THEREFORE ORDERED** that respondents' motion for an enlargement of time to file an opposition (Docket #63) to petitioner's motion to reopen this action is **GRANTED**.

    **IT IS FURTHER ORDERED** that respondents' opposition shall be filed on or before **October 15, 2007.**

Dated this 1st day of October, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE