# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROY D. MORAGA, | ) |
| Petitioner, | ) 3:03-cv-00220-LRH-RAM |
| vs. | ) |
| | ) **ORDER** |
| E. K. McDANIEL, *et al.*, | ) |
| Respondents. | ) |

On December 28, 2007, respondents filed an answer to the Fourth Amended Petition for Writ of Habeas Corpus. Petitioner, through his attorney, has filed a motion to fix a deadline in which to file a reply to the answer. (Docket #68). Petitioner has also filed a motion for an enlargement of time to file a reply. (Docket #69). Petitioner seeks a 30-day enlargement of time, up to and including March 31, 2008, in which to file a reply. Having reviewed the motion and good cause appearing, petitioner's motions are granted.

**IT IS THEREFORE ORDERED** that petitioner's motion to fix a time to file a reply to the answer (Docket #68) is **GRANTED** and petitioner's motion for an enlargement of time to file a reply (Docket #69) is **GRANTED**. The reply shall be filed on or before **March 31, 2008.**

DATED this 3rd day of March, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE