**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ROY D. MORAGA,

    Petitioner,

vs.

E. K. McDANIEL, *et al.*,

    Respondents.

3:03-cv-00220-LRH-RAM

**ORDER**

    Petitioner, through counsel, has filed a second motion for an enlargement of time to file a reply to respondents' answer. (Docket #71). Petitioner seeks a 60-day enlargement of time, up to and including May 30, 2008, in which to file a reply. Having reviewed the motion and good cause appearing, petitioner's unopposed motion is granted.

    **IT IS THEREFORE ORDERED** that petitioner's motion for an enlargement of time to file a reply (Docket #71) is **GRANTED**. The reply shall be filed on or before **May 30, 2008.**

    DATED this 31st day of March, 2008.

                                                  LARRY R. HICKS
                                                 UNITED STATES DISTRICT JUDGE