# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROY D. MORAGA, | ) |
| Petitioner, | ) 3:03-cv-00220-LRH-RAM |
| vs. | ) |
| | ) **ORDER** |
| E. K. McDANIEL, *et al.*, | ) |
| Respondents. | ) |

Petitioner, through counsel, has filed a fourth motion for an enlargement of time to file a reply to respondents' answer. (Docket #75). Petitioner seeks a 7-day enlargement of time, up to and including July 7, 2008, in which to file a reply. Counsel for petitioner having demonstrated extraordinary circumstances justifying the extension, the motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for an enlargement of time to file a reply (Docket #75) is **GRANTED**. The reply shall be filed on or before **July 7, 2008. No further extensions of time will be granted.**

DATED this 2nd day of July, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE