1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                                **DISTRICT OF NEVADA**

8

9   ROY D. MORAGA,                          )

10                Petitioner,               )          3:03-cv-00220-LRH-RAM

11  vs.                                     )

12  E. K. McDANIEL, *et al.*,               )          <u>ORDER</u>

13                Respondents.              )

14  _____/

15        Petitioner, through counsel, has filed an unopposed motion for an enlargement of time

16  (Docket #82) to file a reply to respondents' (1) Opposition to Motion To Expand Record and (2)

17  Opposition to Amend Fourth Amended Petition.  Petitioner seeks a 21-day enlargement of time, up

18  to and including September 2, 2008, in which to file a reply to the motions.  Having reviewed the

19  motion and good cause appearing, petitioner's unopposed motion is granted.

20        **IT IS THEREFORE ORDERED** that petitioner's motion for an enlargement of time to file

21  a reply (Docket #82) to respondents' oppositions to pending motions is **GRANTED**.  The reply or

22  replies shall be filed on or before **September 2, 2008.**

23        DATED this 11th day of August, 2008.

24

25                                            _____

26                                            LARRY R. HICKS
                                              UNITED STATES DISTRICT JUDGE

27

28