UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROY D. MORAGA,

    Petitioner,

vs.

E. K. McDANIEL, *et al.*,

    Respondents.

3:03-cv-00220-LRH-RAM

**ORDER**

    Petitioner, through counsel, has filed a second unopposed motion for an enlargement of time (Docket #84) to file a reply to respondents' (1) Opposition to Motion To Expand Record and (2) Opposition to Amend Fourth Amended Petition. Petitioner seeks a 21-day enlargement of time, up to and including September 23, 2008, in which to file a reply to the motions. Having reviewed the motion and good cause appearing, petitioner's unopposed motion is granted.

    **IT IS THEREFORE ORDERED** that petitioner's motion for an enlargement of time to file a reply (Docket #84) to respondents' oppositions to pending motions is **GRANTED**. The reply or replies shall be filed on or before **September 23, 2008.**

    DATED this 4th day of September, 2008.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE