UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROY D. MORAGA, | ) |
|       Petitioner, | )   3:03-cv-00220-LRH-RAM |
| vs. | ) |
| E. K. McDANIEL, *et al.*, | )   <u>ORDER</u> |
|       Respondents. | ) |

Petitioner, through counsel, has filed a third motion for an enlargement of time (Docket #86) to file a reply to respondents' (1) Opposition to Motion To Expand Record and (2) Opposition to Amend Fourth Amended Petition. Petitioner seeks a 7-day enlargement of time, up to and including September 30, 2008, in which to file a reply to the motions. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for an enlargement of time to file a reply (Docket #86) to respondents' oppositions to pending motions is **GRANTED**. The reply or replies shall be filed on or before **September 30, 2008. No further extensions will be granted absent a showing of extraordinary circumstances.**

DATED this 29th day of September, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE